## United States District Court for the Northern District of Illinois

Case Number: `08CV4990`   Assigned/Issued By: `DAJ`

Judge Name: `NORGLE`   Designated Magistrate Judge: `NOLAN`

---

### FEE INFORMATION

*Amount Due:*   [✓] $350.00   [ ] $39.00   [ ] $5.00
   [ ] IFP   [ ] No Fee   [ ] Other _____
   [ ] $455.00

Number of Service Copies _____   Date: _____

(For Use by Fiscal Department Only)

Amount Paid: `350.00`   Receipt #: `3070540`

Date Payment Rec'd: `09/02/08DAJ`   Fiscal Clerk: _____

---

### ISSUANCES

[✓] Summons   [ ] Alias Summons

[ ] Third Party Summons   [ ] Lis Pendens

[ ] Non Wage Garnishment Summons   [ ] Abstract of Judgment

[ ] Wage-Deduction Garnishment Summons   _____

   (Victim, Against and $ Amount)

[ ] Citation to Discover Assets

[ ] Writ _____
      (Type of Writ)

`1` Original and `0` copies on `09/02/08` as to `DEF.` _____
          (Date)

C:\wpwin80\docket\feeinfo.frm   03/14/05